OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Smith, Appellee, v. Koehler et al., Appellants.
[Cite as Smith v. Koehler (1994),    Ohio St.3d    .]
Appeal dismissed as improvidently allowed.
    (No. 93-414 -- Submitted March 1, 1994 -- Decided April 20, 1994.)
    Appeal from the Court of Appeals for Hancock County, No. 5-92-23.

    Young & Alexander Co., L.P.A., and Steven O. Dean, for appellee.
    Bernard K. Bauer Co., L.P.A., and Bernard K. Bauer, for appellants.

    The appeal is dismissed, sua sponte, as having been improvidently allowed.
    Moyer, C.J., A.W. Sweeney, Wright and Resnick, JJ., concur.
    Douglas, F.E. Sweeney and Pfeifer, JJ., dissent.